Case 2:19-cv-00262   Document 27   Filed on 12/04/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> LANNETTE LINTHICUM, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:19-CV-262 |

**ORDER GRANTING SECOND UNOPPOSED MOTION
TO EXTEND CLASS CERTIFICATION DEADLINES**

On this day the Court reviewed Defendants' Unopposed Motion to Extend Class Certification Deadlines (D.E. 26). After reviewing the pleadings and arguments of the parties, the Court finds that good cause exists to grant the extension.

It is hereby ORDERED that Defendants' unopposed motion is GRANTED. The new deadline for the Parties to designate an expert witness and submit reports for the class certification determination is set for **January 31, 2020**.

It is further ORDERED that the deadline for Defendants' response to Plaintiffs' amended class certification (D.E. 19) is extended up to and including **February 28, 2020**.

It is further ORDERED that the deadline for Plaintiff's reply to Defendants' Response is extended up to and including **April 3, 2020**.

It is further ORDERED that the oral argument date previously set for February 13, 2020 (*see* D.E. 15) is RESET to **May 5, 2020 at 1:30 p.m**.

It is further ORDERED that the initial motion to certify class (D.E. 6) is terminated as superseded and moot. The first amended motion for class certification (D.E. 19) is the operative, pending motion in this matter.

ORDERED this 4th day of December, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE