United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, ET AL.,<br>*Plaintiffs,*<br><br>v.<br><br>LANNETTE LINTHICUM, ET AL.,<br>*Defendants.* | C.A. No. 2:19-CV-00262 |

### ORDER GRANTING FIRST UNOPPOSED MOTION TO EXTEND DEADLINE TO EXCHANGE EXPERT REPORTS

On this day the Court reviewed Defendants' unopposed motion to extend the deadline for the parties to exchange expert reports. After reviewing the pleadings and arguments of the parties, the Court finds that good cause exists to grant the extension.

It is hereby **ORDERED** that Defendants' unopposed motion is **GRANTED**. The new deadline for the Parties to exchange expert reports is set for **February 14, 2020**.

Signed on this ____ day of __2/5/2020_____, 2020.

_____
HONORABLE JUDGE NELVA G. RAMOS
UNITED STATES DISTRICT COURT JUDGE