United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-262 |
| § | |
| LANNETTE LINTHICUM, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER STAYING CASE PENDING SETTLEMENT

On this day the Court reviewed the Joint Notice of Agreement in Principle and Request for Stay (D.E. 104). After reviewing the pleadings and statements of the parties, the Court finds that good cause exists to grant a stay.

It is hereby ORDERED that the Joint Notice of Agreement in Principle and Request for Stay is GRANTED. The Court hereby ORDERS that all further discovery, proceedings, and hearings in this case are stayed until November 13, 2020, so that the parties can work to resolve remaining discrete issues and prepare a finalized Settlement Agreement to submit to the Court. The Clerk is INSTRUCTED to administratively terminate all pending motions until further Order.

ORDERED this 28th day of September, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE