United States District Court
Southern District of Texas
**ENTERED**
January 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MATTHEW ROPPOLO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-262 |
| | § | |
| LANNETTE LINTHICUM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this day, the Court reviewed the "Parties' Joint Status Report Regarding Settlement Negotiations" (D.E. 116). After reviewing the pleadings and statements of the parties, the Court finds that good cause exists to extend the stay.

It is hereby ORDERED that all further discovery, proceedings, and hearings in this case remain stayed until January 28, 2021, so that the Parties may continue work to resolve remaining discrete issues and prepare a finalized Settlement Agreement and approval motion to submit to the Court.

The Court ORDERS the parties to submit by no later than January 28, 2021, either 1) a motion to approve the settlement, or 2) a status report outlining remaining tasks to be completed with agreed deadlines that will not be further modified.

ORDERED this 19th day of January, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE