United States District Court
Southern District of Texas
**ENTERED**
April 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00262 |
| § | |
| LANNETTE LINTHICUM, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER TO SEAL OBJECTIONS

Due to the personal healthcare information contained in objections to the proposed settlement of this action, and after representations from the parties that there is no objection to sealing the objections to protect this information, the Court ORDERS that the Clerk of Court MAINTAIN UNDER SEAL the following documents entered on the docket of this case, together with any attachments, and that the Clerk of Court edit the docketing information to eliminate any reference to the identity of the person filing the document or asserting the objection:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 145 | 156 | 163 | 169 | 177 | 183 | 189 | 195 |
| 146 | 157 | 164 | 170 | 178 | 184 | 190 | 196 |
| 147 | 158 | 165 | 171 | 179 | 185 | 191 | 197 |
| 151 | 159 | 166 | 172 | 180 | 186 | 192 | 198 |
| 152 | 160 | 167 | 173 | 181 | 187 | 193 | 199 |
| 155 | 162 | 168 | 174 | 182 | 188 | 194 | 203 |

ORDERED this 27th day of April, 2021.

*Nelva Gonzales Ramos*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE