United States Courts
Southern District of Texas
FILED

MAY 24 2021

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| JUSTIN WILKINS in the case, MATTHEW ROPPOLO, et al, Plaintiffs, | § § § § | IN THE UNITED STATES |
| VS. | § | DISTRICT COURT OF THE |
| LANNETTE LINTHICUM, et al, Defendants. | § § | SOUTHERN DISTRICT OF TEXAS |

### NOTICE OF APPEAL IN THE CASE OF
### ROPPOLO VS. LINTHICUM, CIVIL ACTION NO. 219-CV-00262

Notice is hereby given that Justin Douglas Wilkins, and all similarly situated people within the Texas Department of Criminal Justice, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 5th Circuit of the Southern District of Texas, from the final judgment in the case of ROPPOLO VS. LINTHICUM, Civil Action No. 219-CV-00262 entered in this action the 11th day of May 2021.

Dated: 05/17/2021

*Justin Wilkins*
Justin Douglas Wilkins
TDCJ #756765
Huntsville Unit
815 12th Street
Huntsville, Texas 77348

**CERTIFICATE OF SERVICE**

I, Justin Douglas Wilkins, TDCJ #756765, do hereby certify that a true and correct copy of the foregoing Notice of Appeal has been forwarded by United States Mail, postage prepaid, first class to the U.S. District Court of the Southern District of Texas (Corpus Christi Division) at:
1133 North Shoreline Blvd., Corpus Christi, Texas 78401, on this the 17th day of May 2021.

*Justin Wilkins*
Justin Douglas Wilkins
TDCJ #756765 (Plaintiff)
Pro Se, et al
Huntsville Unit
815 12th Street
Huntsville, Texas  77348