United States Courts
Southern District of Texas
FILED

MAY 24 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERRY N. LOER, pro se, in the case of MATTHEW ROPPOLO, et al, Plaintiffs, | § § § § | |
| VS. | § | Notice of Appeal |
| LANNETTE LINTHICUM, et al, Defendants. | § § | |

**NOTICE OF APPEAL IN THE CASE OF**
**ROPPOLO VS. LINTHICUM, CIVIL ACTION NO. 219-CV-00262**

Notice is hereby given that Jerry N. Loer, and all similarly situated people within the Texas Department of Criminal Justice, plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the 5th Circuit of the Southern District of Texas, Corpus Christi Division, from the final judgment in the case of Roppolo Vs. Linthicum, Civil Action No. 219-CV-00262 entered in this action the 11th day of May 2021.

Dated: 05/21/2021

_Jerry N. Loer_ (Pro se)
TDCJ #2135695 et al,
Huntsville Unit
815 12th Street
Huntsville, Texas 77348

## CERTIFICATE OF SERVICE

I, Jerry N. Loer, TDCJ #2135695, do hereby certify that a true and correct copy of the forgoing Notice of Appeal has been forwarded by United States Mail, postage prepaid, first class, to the United States District Court of the Southern District of Texas, Corpus Christi Division; at:
1133 North Shoreline Blvd., Corpus Christi, Texas 78401, on this the 21st day of May, 2021.

*[signature]*
Jerry N. Loer (pro se) et al,
TDCJ #2135695
Huntsville Unit
815 12th Street
Huntsville, Texas 77348