United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MATTHEW ROPPOLO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-262 |
| | § | |
| LANNETTE LINTHICUM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is a letter (D.E. 265) from Justin Wilkins, a member of the Plaintiff class in this case who has filed a notice of appeal. The Court construes the letter as a motion for extension of time. The Court GRANTS the motion and ORDERS that Justin Wilkins may file his application to appeal in forma pauperis and his transcript request on or before July 30, 2021.

ORDERED this 17th day of June, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE