UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-262 |
| § | |
| LANNETTE LINTHICUM, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Class Member Loyd Landon Sorrow's "Motion to Terminate Relief, and Judgment as a Matter of Law, or in Alternative a New Trial" (D.E. 343). Sorrow seeks an order that would vacate the judgment so that the class members could seek monetary damages in this case. The Court has determined that the settlement and agreed judgment granting injunctive relief and preserving class members' right to bring their own damages actions in separate lawsuits was appropriate. The motion (D.E. 343) is DENIED.

ORDERED this 16th day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE