UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHEW ROPPOLO, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-262 |
| § | |
| LANNETTE LINTHICUM, *et al*, § § | |
| Defendants. § | |

# ORDER

Before the Court is Loyd Landon Sorrow's Motion for Order to Refer for Alternative Dispute Resolution (D.E. 357). Sorrow seeks a third-party resolution of his claim for punitive damages for Defendants' delay in treating his HCV infection. No damages claims have been made in this case. The judgment grants injunctive relief and attorneys' fees only. It preserves the class members' (including Sorrow's) rights to file separate actions if they wish to pursue claims for damages. Because damage claims are not part of this case and because judgment has issued, there is no dispute to be referred to alternative dispute resolution and the Court DENIES the motion.

ORDERED this 23rd day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE