United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MATTHEW ROPPOLO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-262 |
| | § | |
| LANNETTE LINTHICUM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING MOTION

Before the Court is Darell Wayne Phillips' First Request for Extension of Time (D.E. 368), seeking additional time to prosecute his appeal of the Court's judgment in this case. Any such request must be presented to the Court of Appeals for the Fifth Federal Circuit and is not properly directed to this Court. Consequently, the Court STRIKES the motion (D.E. 368) as improperly filed in this Court.

ORDERED this 10th day of September, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE