# United States Court of Appeals
# for the Fifth Circuit

No. 21-40414

A True Copy
Certified order issued Sep 22, 2021

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

MATTHEW ROPPOLO, ET AL

*Plaintiffs,*

*versus*

MEDICAL DIRECTOR LANNETTE LINTHICUM; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; BEN RAIMER; CYNTHIA JUMPER; RODNEY BURROW; F. PARKER HUDSON; ERIN WYRICK; JOHN BURRUSS; PRESTON JOHNSON, JR.; KELLY GARCIA; OWEN MURRAY; UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE; DEE BUDGEWATER; PHILLIP KEISER,

*Defendants—Appellees,*

*versus*

JERRY N. LOER, JR.; JULIAN DOMINGUEZ; DARRELL WAYNE PHILLIPS; HENRY HERNANDEZ TURNINE; LOYD LANDON SORROW,

*Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:19-CV-262

No. 21-40414

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal filed by Henry Hernandez Turnine is dismissed as of September 22, 2021, for want of prosecution. The appellant failed to timely return a signed notice of appeal in accordance with the court's notice of August 6, 2021.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk
ENTERED AT THE DIRECTION OF THE COURT